■ In the Matter of GENESEE HOSPITAL et al., Respondents, v WERNER KRAMARSKY, as Commissioner of the New York State Division of Human Rights, et al., Appellants.—Judgment unanimously reversed, without costs and petition dismissed. (See *Matter of Xerox Corp. v Kramarsky,* 69 AD2d 1009.) (Art 78.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ In the Matter of NANCY GOULD, Appellant, v J. GERALD GRIFFIN et al., Constituting the Civil Service Commission of the City of Hornell, Respondents.—Judgment unanimously affirmed, without costs. Memorandum: Petitioner concedes that her appointment to the position of librarian in the City of Hornell was as a provisional employee under section 65 of the the Civil Service Law. She admittedly has never taken a civil service examination. It is well established that a provisional appointment can never ripen into a permanent position until such time as the appointee passes the competitive examination for the position and is found to be eligible (see Civil Service Law, § 65; *Mierzwa v Genesee County Civ. Serv. Comm.,* 55 AD2d 815; *Matter of Giordana v Henry,* 44 AD2d 835). (Appeal from judgment of Steuben Supreme Court—art 78.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ.

■ VINCE MAHANEY CONSTRUCTION COMPANY, INC., Respondent v MARJORIE STILES, Appellant.—Order unanimously modified, and, as modified, affirmed, without costs, in accordance with the following memorandum: We find no abuse of discretion in permitting the amendment to include additional causes of action for breach of contract and *quantum meruit.* The court should, however, have required plaintiff to serve an amended pleading and we modify the order accordingly. The amended complaint is to be served within 15 days from the entry of the order herein. (Appeal from order of Steuben County Court—amend complaint.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ.

■ PAUL WALACH, Respondent, v STATE OF NEW YORK, Defendant, and NEW YORK STATE THRUWAY AUTHORITY, Appellant.—Order unanimously affirmed, with costs, on the opinion at the Court of Claims, De Iorio, J. (See, also, *Cole v State of New York,* 64 AD2d 1023; *Schweikert v State of New York,* 64 AD2d 1026.) (Appeal from order of Court of Claims.)—file claim.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Moule, JJ. [91 Misc 2d 167.]

■ In the Matter of JOSEPH J. VONGLIS, Respondent, v PAUL J. REGAN, as Chairman of the New York State Board of Parole, et al., Appellants.—Judgment unanimously reversed and petition dismissed as moot. (Appeal from judgment of Wyoming County Court—art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.